Fidelity & Deposit Company of Maryland, a Corporation, Plaintiff in Error, v. S. B. Aultman, Defendant in Error.

Writ of error to a judgment of the Circuit Court for Hillsborough County.

Writ of error dismissed on praecipe of counsel for plaintiff in error.